■ JOHN CUNNINGHAM, Appellant, v. GODFREY P. SCHMIDT, Respondent.— In an action for an accounting, the appeal by notice dated October 9, 1959 is (1) from so much of an order entered September 2, 1959 as denied appellant's motion to examine respondent before trial, and (2) from so much of an order entered October 5, 1959 as on reargument adhered to the original decision. Order entered October 5, 1959, insofar as appealed from, affirmed, with $50 costs and disbursements. No opinion. Appeal from order entered September 2, 1959 dismissed, without costs. (*Graffeo* v. *Graffeo*, 7 A D 2d 741.) Ughetta, Kleinfeld, Christ and Brennan, JJ., concur; Nolan, P. J., concurs in the dismissal of the appeal from the order entered September 2, 1959, but dissents from the affirmance of the order entered October 5, 1959, insofar as appealed from, and votes to reverse such portion of that order, and to grant the motion to examine respondent before trial, with the following memorandum: A motion to dismiss the complaint for insufficiency was denied, and no appeal has been taken from the order entered thereon. Consequently, appellant is entitled to an examination as to the material facts which are in dispute.

■ BENJAMIN EISENBERG, Respondent, v. RICHARD WALLEN et al., Appellants, et al., Defendants.— In an action by a licensed real estate broker to recover commissions for the sale of real property, the appeal is from a judgment, entered upon a jury's verdict, in favor of the respondent and against the appellants. The appellants contend that no meeting of the minds between the buyer and the sellers (appellants and defendant Silberstein) was established, that essential terms of sale were not proved, and that respondent had failed to prove either a contract of employment by the sellers or authority granted by them for his hiring. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ.

■ KALMAN FELDMAN et al., Respondents, v. PARK RUG SHOPS, INC., Appellant.— In an action to recover $2,250, representing rent for the months of June and July, 1958 at a rental of $1,000 a month, and a counsel fee of $250, pursuant to the terms of a written lease, the appeal is from a judgment, entered upon a directed verdict, in favor of respondents. Judgment insofar as it is in favor of respondents for $1,000, representing rent for the month of July, 1958, reversed, action severed, and a new trial granted as to the issues raised by the pleadings with respect to the rent for that month, with costs to abide the event. Judgment insofar as it is in favor of respondents for $1,397.60, representing rent for the month of June, 1958, a counsel fee, and costs, affirmed, without costs. In our opinion, the facts adduced presented triable issues for submission to the jury. It should be noted, however, that since appellant concededly occupied the premises for the month of June, 1958, there is no issue as to the rent for that month, as the defense of constructive eviction is not available for a period which expired before the tenant vacated the premises. (*City of New York* v. *Pike Realty Corp.*, 247 N. Y. 245.) Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.